# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  06-cr-00484-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  THOMAS CARLISLE HINRICHS,

      Defendant.

## MINUTE ORDER[1]

      Due to the jury trial in *USA v. Schmidt, et al.*, 04-cr-00103-REB, the Trial Preparation Conference set for April 6, 2007, and the jury trial set to commence in this action April 9, 2007, are **VACATED**.  The court shall conduct a status hearing on the **Defendant's Rule 16(c)(1)(E) Motion for Disclosure of All FBI Reports** [#19], filed February 28, 2007, on **April 6, 2007**, at 3:00 p.m.  The U.S. Marshal shall secure the defendant's appearance for this hearing.

Dated:  March 26, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.