IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00484-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

THOMAS CARLISLE HINRICHS,

     Defendant.

_____

**PROTECTIVE ORDER**
_____

THIS MATTER comes before the Court on the Plaintiff's Unopposed Motion for Protective Order [#24] filed April 11, 2007.

HAVING REVIEWED the motion and being otherwise advised in the bases, the Court finds that the motion is unopposed and that good and sufficient cause supports the same, and it is, therefore,

**ORDERED** that the Plaintiff's Unopposed Motion for Protective Order [#24] filed April 11, 2007, is granted, and that the government may release Agent Todd's last name to defense counsel and his staff only; however, neither Defense counsel nor any of his staff may share or communicate the information with or to any other individual including and particularly the defendant. Additionally, defense counsel and his staff shall not share any notes or other documents that contain Agent Todd's last name with defendant or any defense witness.

DATED April 11, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**ROBERT E. BLACKBURN**
**U.S. DISTRICT JUDGE**
**DISTRICT OF COLORADO**