**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 06-cr-00484-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. THOMAS CARLISLE HENRICHS     ,

      Defendant.

## ORDER PRESCRIBING JURY SELECTION PROTOCOL

**Blackburn, J.**

      Attached is a **Jury Selection Protocol** approved for use in the trial of this case.

      **THEREFORE, IT IS ORDERED** that the attached **Jury Selection Protocol** shall be used by the court and the parties in the trial of this case.

      Dated June 18, 2007, at Denver, Colorado.

      **BY THE COURT:**

      **s/ Robert E. Blackburn**
      **Robert E. Blackburn**
      **United States District Judge**