IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Criminal Case No. 06-cr-00484-REB
Civil Case No. 08-cv-02569-REB-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS CARLISLE HINRICHS,

    Movant.

## ORDER WITHDRAWING
## SPECIAL ORDER OF REFERENCE

**Blackburn, J.**

The matter is before the court *sua sponte*. The court has noted that this case was not screened by the pro se division when the case was filed. To facilitate an initial screening by the pro se division, the court's special order of reference to Magistrate Judge Tafoya should be withdrawn.

**THEREFORE**, it is ordered as follows:

1. That the court's **Special Order of Reference to United States Magistrate Judge** [#84], entered November 26, 2008, is **WITHDRAWN**; and

2. That this case is directed to the pro se division for an initial review.

Dated December 2, 2008, at Denver, Colorado.

                            **BY THE COURT:**

                            **s/ Robert E. Blackburn**
                            **Robert E. Blackburn**
                            **United States District Judge**