IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-cv-02569-REB
(Criminal Action No. 06-cr-00484-REB)

UNITED STATES OF AMERICA,

v.

THOMAS HINRICHS,

    Movant.

## ORDER

After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before January 19, 2009, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated: December 3, 2008

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn,
United States District Judge