IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-cr-00484-REB
(Civil Action No. 08-cv-02569-REB-KMT)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS HINRICHS,

    Defendant-Movant.

_____

**FINAL JUDGMENT**
_____

Pursuant to and in accordance with Fed. R. Civ. P. 58(a); the "Order Adopting Report and Recommendation of United States Magistrate Judge" entered by the Honorable Robert E. Blackburn on February 22, 2011; and the electronic "Order Denying the Motion Filed Under § 2255 as to Thomas Carlisle Hinrichs" entered by the Court on that same date, the following Final Judgment is hereby entered:

It is ORDERED that the Motion To Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [#83] filed November 25, 2008, by defendant-movant, is DENIED; and, it is

FURTHER ORDERED that civil action No. 08-cv-02569-REB-KMT, is CLOSED.

DATED at Denver, Colorado, this    24th    day of February, 2011.

                                FOR THE COURT:

                                Gregory C. Langham, Clerk


                                By: s/ Edward P. Butler
                                    Edward Butler
                                    Deputy Clerk