IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 06-cr-00484-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS CARLISLE HINRICHS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 25, 2012.**

    This matter comes before the Court *sua sponte*. The parties and the Court received by email a copy of a forensic evaluation of the Defendant from the Federal Medical Center on October 23, 2012. The Court has directed the Clerk of the Court to file the evaluation under seal at Restriction Level 1. The parties are ordered to file written responses to the evaluation on or before Monday, October 29, 2012.