**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 06-cr-00484-REB-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

THOMAS CARLISLE HINRICHS,

       Defendant.

---

**ORDER QUASHING WARRANT AND
TERMINATING SUPERVISED RELEASE UNSUCCESSFULLY**

---

       THIS MATTER comes to the attention of the Court on the request of the probation officer to vacate supervised release violation proceedings in this case.  The defendant is pending civil commitment proceedings in the Eastern District of North Carolina for significant mental health issues which surfaced during the supervised release revocation process initiated in May 2012, it is hereby

       ORDERED that the Petition for Issuance of Arrest Warrant Due to Violations of Supervised Release dated May 8, 2012, (Document #99) is dismissed and the warrant is quashed.  It is

       FURTHER ORDERED that the defendant's term of supervised release is terminated unsuccessfully.

       DATED at Denver, Colorado, this 15th day of July, 2013.

       BY THE COURT:

       *Bob Blackburn*
       Robert E. Blackburn
       United States District Judge